UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60450-CIV-GAYLES/WHITE

LUCKENS PETIT,

        Petitioner,

v.

STATE OF FLORIDA,

        Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge William C. Turnoff's Report and Recommendation ("Report") [ECF No. 11]. Petitioner Luckens Petit ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 attacking the constitutionality of his Florida state court conviction for first degree felony murder, robbery with a firearm, and attempted felony murder (the "Petition") [ECF No. 1]. The matter was referred to Judge Turnoff, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 5]. On December 18, 2017, Judge Turnoff issued his report recommending that the Petition be denied. Petitioner has timely objected to the Report [ECF No. 12].

## DISCUSSION

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed.

R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). This Court has conducted a *de novo* review of the record and agrees with Judge Turnoff's recommendation that the Petition must be denied on the merits.

It is therefore,

**ORDERED AND ADJUDGED** as follows:

(1) Judge Turnoff's Report and Recommendation [ECF No. 11] is **AFFIRMED AND ADOPTED**;

(2) the Petition [ECF No. 1] is **DENIED**;

(3) a certificate of appealability shall not issue; and

(4) this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of January, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE