# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-60450-CIV-GAYLES/WHITE

**LUCKENS PETIT,**

      **Petitioner,**

v.

**STATE OF FLORIDA,**

      **Respondent.**

_____/

## ORDER ON REMAND

**THIS CAUSE** comes before the Court on the Eleventh Circuit Court of Appeals remand for the limited purpose of the Court reissuing its Certificate of Appealability [ECF No. 21]. On February 23, 2018, the Court issued an endorsed order granting the Petitioner's Motion for Certificate of Appealability. [ECF No. 15]. On March 29, 2018, the Eleventh Circuit Court of Appeals remanded this case for the limited purpose of having the Court explain the specific issues that would justify a certificate of appealability. [ECF No. 21]. Upon further consideration, the Court vacates its prior order as it does not find a certificate of appealability is warranted. Petitioner's claim that the state court's application of *Crawford v. Washington,* 541 U.S. 36, 59 (2004), was unreasonable is without merit. The Court finds that Petitioner had a meaningful opportunity to cross examine Eder Joseph. While Petitioner's claim of actual innocence could conceivably present a viable issue on appeal, the Court is bound by Eleventh Circuit precedent which "forbids granting habeas relief based upon a claim of actual innocence." *Jordan v. Sec'y Dep't Corr.*, 485 F.3d 1351, 1356 (11th Cir. 2007). Accordingly, it is

**ORDERED AND ADJUDGED** that the Court's Endorsed Order granting Petitioner's Motion for Certificate of Appealability is VACATED. The Court denies Petitioner's request for a Certificate of Appealability as Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of April, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE